

**CORPORATION SERVICE COMPANY®**

## Notice of Service of Process

null / ALL
Transmittal Number: 12974688
Date Processed: 09/22/2014

| | |
|---|---|
| **Primary Contact:** | Andrea Dickson-Rekasi<br>Asset Acceptance, LLC<br>28405 Van Dyke<br>Warren, MI 48093 |
| **Copy of transmittal only provided to:** | Carol Steury |

| | |
|---|---|
| **Entity:** | Midland Funding LLC<br>Entity ID Number 2618148 |
| **Entity Served:** | Midland Fundings, LLC |
| **Title of Action:** | Samanmali Veeratunge vs. Midland Fundings, LLC |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Other |
| **Court/Agency:** | Queens County Supreme Court, New York |
| **Case/Reference No:** | 13026/2014 |
| **Jurisdiction Served:** | New York |
| **Date Served on CSC:** | 09/22/2014 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Sender Information:** | Samanmali Veeratunge<br>Not Shown |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
*CSC is SAS70 Type II certified for its Litigation Management System.*
2711 Centerville Road   Wilmington, DE 19808   (888) 690-2882   |   sop@cscinfo.com