Instructions: This affidavit must be used for service of initiating papers (a summons and complaint, summons with notice, notice of petition and petition, order to show cause and petition).

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF
-----------------------------------------------------------------X
Samanmali Veeratunga,
[FILL IN NAME(S)]
Plaintiff(s)/Petitioner(s)

Index No. 13026/2014

-against-

Midland Funding, LLC; Discover Bank
FIA Card Services; Equifax, AICI Financial
[FILL IN NAME(S)]
Defendant(s)/Respondent(s)
-----------------------------------------------------------------X

AFFIDAVIT OF SERVICE
OF INITIATING PAPERS

**FILED**
SEP 25 2014
COUNTY CLERK
QUEENS COUNTY

STATE OF NEW YORK
COUNTY OF ____                    ss:

I, Miguel A Martin [NAME OF PERSON WHO SERVED PAPERS], being duly sworn, depose and say: I am over 18 years of age and am not a party to this case. I reside at 131-01 Linden Blvd. So. Ozone Pk. NY 11420 [SERVER'S ADDRESS]. On Sep 18 2014 [DATE OF SERVICE], AT 12:30 A.M./P.M. [TIME OF DAY], I served the attached papers, namely the Summons & Complaint [IDENTIFY THE PAPERS SERVED] on the defendant in this case. The address of the place where the papers were served is 5875 Aero Drive Ste #300, San Diego CA 92123 [STATE LOCATION WHERE PAPERS WERE SERVED]

I served the papers in the manner indicated below [CHECK OFF THE APPROPRIATE BOX]:

1)  ☒ INDIVIDUAL by delivering a true copy of each to the defendant personally; I know the person served to be the person named in those papers (FILL OUT DESCRIPTION BELOW)

2)  ☐ CORPORATION _____, a domestic corporation, by delivering a true copy of each to _____ [IDENTIFY PERSON SERVED], WHO IS _____ [IDENTIFY THE INDIVIDUAL TO WHO THE PAPERS WERE DELIVERED AND HIS/HER JOB TITLE]; I knew the corporation to be that listed in the papers served and I knew the title of the person named above and that he/she was authorized to accept service.

3) ☒ SUBSTITUTED SERVICE — by delivering a true copy of each to _Midland Funding_, a person of suitable age and discretion, at the actual place of business, dwelling house, or usual place of abode in the state, and mailing as indicated below

MAILING (USE WITH 3) — I also enclosed a copy of the above papers in a postpaid, sealed envelope properly addressed to defendant at defendant's last known residence or actual place of business, located at _8875 Aero Drive STE #200, San Diego_ (ADDRESS), and I deposited the envelope in a post office depository under the exclusive care and custody of the United States Postal Service within New York State.

DESCRIPTION (USE WITH 1, 2, OR 3) — The individual I served had the following characteristics:
___ Male ___ Female _____ Hair Color _____ Skin Color
___ 21-34 years ___ 35-50 years ___ 51-61 years ___ Over 61
___ 120-150 lbs. ___ 151-181 lbs. ___ Over 182 lbs.

☐ MILITARY SERVICE — I asked the person to whom I spoke whether the defendant was in active service in the military of the United States or New York State in any capacity and I was told that he/she was not. Defendant did not wear a military uniform. I state upon information and belief that the defendant is not in the military service of the United States or New York State. The bases for my belief are the conversations and observations described above.

_____
[SERVER'S NAME SIGNED]

_Miguel A. Monty_
[SERVER'S NAME PRINTED]

Sworn to before me this
___ day of _September_ 20_14_

_____
Notary Public

AMARJEET S MULTANI
Notary Public, State of New York
No. 01MU6103749
Qualified in Queens County
Commission Expires January 12, 2016

Instructions: This affidavit must be used for service of initiating papers (a summons and complaint, summons with notice, notice of petition and petition, order to show cause and petition).

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF
-----------------------------------------------------------X
Samanmali Veeratunge
[FILL IN NAME(S)]
Plaintiff(s)/Petitioner(s)

Index No. 13026/14

-against-

Midland Funding, LLC et. al.
[FILL IN NAME(S)]
Defendant(s)/Respondent(s)
-----------------------------------------------------------X

AFFIDAVIT OF SERVICE
OF INITIATING PAPERS

**FILED**
SEP 25 2014
COUNTY CLERK
QUEENS COUNTY

STATE OF NEW YORK
COUNTY OF              ss:

I, Miguel A. Martinez [NAME OF PERSON WHO SERVED PAPERS], being duly sworn, depose and say: I am over 18 years of age and am not a party to this case. I reside at 121-01 Linden Blvd [SERVER'S ADDRESS]. On Sep 22 2014 [DATE OF SERVICE], AT 1:15 A.M./P.M. [TIME OF DAY], I served the attached papers, namely the Summons and Complaint [IDENTIFY THE PAPERS SERVED] on the defendant in this case. The address of the place where the papers were served is 1180 Ave of Americas Suite 210 N.Y. 10036 [STATE LOCATION WHERE PAPERS WERE SERVED]

I served the papers in the manner indicated below [CHECK OFF THE APPROPRIATE BOX]:

1) ☐ INDIVIDUAL by delivering a true copy of each to the defendant personally; I know the person served to be the person named in those papers (FILL OUT DESCRIPTION BELOW)

2) ☒ CORPORATION Corporate & Legal Solutions, a domestic corporation, by delivering a true copy of each to Ana Gregorio [IDENTIFY PERSON SERVED], WHO IS Customer Service Associate [IDENTIFY THE INDIVIDUAL TO WHO THE PAPERS WERE DELIVERED AND HIS/HER JOB TITLE]; I knew the corporation to be that listed in the papers served and I knew the title of the person named above and that he/she was authorized to accept service.

3) ☐ SUBSTITUTED SERVICE — by delivering a true copy of each to _____, person of suitable age and discretion, at the actual place of business, dwelling house, or usual place of abode in the state, and mailing as indicated below

MAILING (USE WITH 3) — I also enclosed a copy of the above papers in a postpaid, sealed envelope properly addressed to defendant at defendant's last known residence or actual place of business, located at _____ [ADDRESS], and I deposited the envelope in a post office depository under the exclusive care and custody of the United States Postal Service within New York State.

DESCRIPTION (USE WITH 1, 2, OR 3) — The individual I served had the following characteristics:
___ Male ✓ Female  _Black_ Hair Color  _white_ Skin Color
___ 21-34 years  ✓ 35-50 years  ___ 51-61 years  ___ Over 61
✓ 120-150 lbs.  ___ 151-181 lbs.  ___ Over 182 lbs.

☐ MILITARY SERVICE — I asked the person to whom I spoke whether the defendant was in active service in the military of the United States or New York State in any capacity and I was told that he/she was not. Defendant did not wear a military uniform. I state upon information and belief that the defendant is not in the military service of the United States or New York State. The bases for my belief are the conversations and observations described above.

_____
[SERVER'S NAME SIGNED]

_____
[SERVER'S NAME PRINTED]

Sworn to before me this
23 day of September 20 14
_____
Notary Public

```
AMARJEET S MULTANI
Notary Public, State of New York
No. 01MU6103749
Qualified in Queens County
Commission Expires January 12, 2016
```

Instructions: This affidavit must be used for service of initiating papers (a summons and complaint, summons with notice, notice of petition and petition, order to show cause and petition).

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF
-------------------------------------------------X

Samanmal Veeralunge
(FILL IN NAME(S))
Plaintiff(s)/Petitioner(s)

Index No. 13026 12014

-against-

Midland Funding, LLC; Discover Bank;
GNA CarD Services; Equitable Asset Finical
(FILL IN NAME(S))
Defendant(s)/Respondent(s)

AFFIDAVIT OF SERVICE
OF INITIATING PAPERS

FILED
SEP 25 2014
COUNTY CLERK
QUEENS COUNTY

-------------------------------------------------X

STATE OF NEW YORK
COUNTY OF                         ss:

I, MIGUEL A. MARTINEZ [NAME OF PERSON WHO SERVED PAPERS], being duly sworn, depose and say: I am over 18 years of age and am not a party to this case. I reside at 121-01 Linden Blvd. So. Ozone Pk 11420 [SERVER'S ADDRESS]. On Sep 18 2014 [DATE OF SERVICE], AT 12:30 A.M./P.M. [TIME OF DAY], I served the attached papers, namely the Summons + Complaint [IDENTIFY THE PAPERS SERVED] on the defendant in this case. The address of the place where the papers were served is 199 Crosby Park Drive, P.O. Box 9004, NY. [STATE LOCATION WHERE PAPERS WERE SERVED]

I served the papers in the manner indicated below [CHECK OFF THE APPROPRIATE BOX]:

1)   ☒ INDIVIDUAL by delivering a true copy of each to the defendant personally; I know the person served to be the person named in those papers (FILL OUT DESCRIPTION BELOW)

2)   ☐ CORPORATION _____, a domestic corporation, by delivering a true copy of each to _____ [IDENTIFY PERSON SERVED], WHO IS _____ [IDENTIFY THE INDIVIDUAL TO WHO THE PAPERS WERE DELIVERED AND HIS/HER JOB TITLE]; I knew the corporation to be that listed in the papers served and I knew the title of the person named above and that he/she was authorized to accept service.

3) ☐ SUBSTITUTED SERVICE — by delivering a true copy of each to Cohen + Slamowitz, LLP [a] person of suitable age and discretion, at the actual place of business, dwelling house, or usual place of abode in the state, and mailing as indicated below

MAILING (USE WITH 3) — I also enclosed a copy of the above papers in a postpaid, sealed envelope properly addressed to defendant at defendant's last known residence or actual place of business, located at 199 Crossways Park Dr., P.O. Box 9004 NY [ADDRESS], and I deposited the envelope in a post office depository under the exclusive care and custody of the United States Postal Service within New York State.

DESCRIPTION (USE WITH 1, 2, OR 3) — The individual I served had the following characteristics:
___ Male ___ Female _____ Hair Color _____ Skin Color
___ 21-34 years ___ 35-50 years ___ 51-61 years ___ Over 61
___ 120-150 lbs. ___ 151-181 lbs. ___ Over 182 lbs.

☐ MILITARY SERVICE — I asked the person to whom I spoke whether the defendant was in active service in the military of the United States or New York State in any capacity and I was told that he/she was not. Defendant did not wear a military uniform. I state upon information and belief that the defendant is not in the military service of the United States or New York State. The bases for my belief are the conversations and observations described above.

_____
[SERVER'S NAME SIGNED]

Miguel A. Martin
[SERVER'S NAME PRINTED]

Sworn to before me this
18th day of September 20 14
_____
Notary Public

AMARJEET S MULTANI
Notary Public, State of New York
No. 01MU6103749
Qualified in Queens County
Commission Expires January 12, 2016