**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SAMANMALI VEERATUNGE,<br><br>                    Plaintiff,<br><br>vs.<br><br>MIDLAND FUNDING, LLC;<br>DISCOVER BANK; FIA CARD<br>SERVICES; EQUITABLE ASSET<br>FINANCIAL, ET. AL.<br><br>                    Defendant. | CASE NO. 14-cv-5969-PKC-LB<br><br>STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii) |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned plaintiff, Samanmali Veeratunge, and counsel for the defendant, Midland Funding, LLC, that the above-captioned action is voluntarily dismissed against defendant, Midland Funding, LLC pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

New York, New York
Dated: January 5, 2015

_____
Samanmali Veeratunge
111-21, 120th Street
So. Ozone Park, NY 11420
Email: samveeratunge@yahoo.com

*Plaintiff*

_____
R. David Lane, Jr., Esq.
Marshall Dennehey Warner
Coleman & Goggin
Wall Street Plaza
88 Pine Street, 21st Fl
New York, New York 10005
Phone: (212) 376-6400
Fax: (212) 376-6490
Email: rdlane@mdwcg.com

*Attorney for Defendant, Midland Funding, LLC*